**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO. 3:12-CV-797-R**

LEED HR, LLC                                                                              PLAINTIFF

V.

REDRIDGE FINANCE GROUP, LLC                                               DEFENDANT

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.  If settlement is not concluded within 30 days any party may move to have the case reinstated on the docket.

cc: Counsel